UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*JLG 229 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10874-CRB

*S.T. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10918-CRB

*T.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-11021-CRB

*St.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-11024-CRB

*A.L. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-11049-CRB

*G.G. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-11050-CRB

*S.G. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-11076-CRB

*Jane Roe CL 254 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-11089-CRB

*Jane Doe NLG (L.H.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00057-CRB

*J.C. (2) v. Uber Technologies, Inc., et al.*, No. 3:26-00207-CRB

*D.Y. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00213-CRB

Case No. 3:23-md-03084-CRB

**[~~PROPOSED~~] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**

*Jane Roe CL 258 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00207-CRB

*Jane Roe CL 259 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00284-CRB

*Jane Roe CL 261 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00422-CRB

*Jane Doe LS 671 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00422-CRB

*Jane Doe LS 672 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00423-CRB

*Jane Doe LS 673 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00445-CRB

*Jane Doe NLG (L.T.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00454-CRB

*Jane Doe NLG (A.Z.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00465-CRB

*Jane Doe LS 674 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00510-CRB

*Jane Doe LS 681 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00541-CRB

*Jane Doe LS 684 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00546-CRB

*Jane Doe NLG (H.D.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00690-CRB

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF No. 4287).
2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: November 20, 2026

HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDL ID | Case Name (MDL) | Case Number (MDL) |
|---|---|---|
| ~~4640~~ | ~~JLG 229~~ | ~~3:25-cv-10874~~ |
| 4691 | S.T. | 3:25-cv-10918 |
| 4738 | T.H. | 3:25-cv-11021 |
| 4742 | St.H. | 3:25-cv-11024 |
| 4739 | A.L. | 3:25-cv-11049 |
| 4740 | G.G. | 3:25-cv-11050 |
| 5100 | S.G. | 3:25-cv-11076 |
| ~~4678~~ | ~~Jane Roe CL 254~~ | ~~3:25-cv-11089~~ |
| ~~4749~~ | ~~Jane Doe NLG (L.H.)~~ | ~~3:26-cv-00057~~ |
| ~~5096~~ | ~~J.C. (2)~~ | ~~3:26-cv-00207~~ |
| ~~None~~ | ~~D.Y.~~ | ~~3:26-cv-00213~~ |
| ~~4824~~ | ~~Jane Roe CL 258~~ | ~~3:26-cv-00282~~ |
| ~~4825~~ | ~~Jane Roe CL 259~~ | ~~3:26-cv-00284~~ |
| ~~4827~~ | ~~Jane Roe CL 261~~ | ~~3:26-cv-00366~~ |
| ~~4793~~ | ~~Jane Doe LS 671~~ | ~~3:26-cv-00422~~ |
| 4794 | Jane Doe LS 672 | 3:26-cv-00423 |
| 4795 | Jane Doe LS 673 | 3:26-cv-00445 |
| ~~4782~~ | ~~Jane Doe NLG (L.T.)~~ | ~~3:26-cv-00454~~ |
| ~~4781~~ | ~~Jane Doe NLG (A.Z.)~~ | ~~3:26-cv-00465~~ |
| 4806 | Jane Doe LS 674 | 3:26-cv-00510 |
| ~~4813~~ | ~~Jane Doe LS 681~~ | ~~3:26-cv-00541~~ |
| 4816 | Jane Doe LS 684 | 3:26-cv-00546 |
| ~~4832~~ | ~~Jane Doe NLG (H.D.)~~ | ~~3:26-cv-00690~~ |